IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Quintessential Media Group, Inc., | Case No. 14-cv-8251 |
| Plaintiff, | Judge Andrea R. Wood <br> Magistrate Mary M. Rowland |
| v. | Jury Demanded |
| Barrington Publishing, Inc. d/b/a JWC Media, | |
| Defendant. | |

## **STIPULATION OF DISMISSAL**

NOW COMES Plaintiff Quintessential Media Group, Inc. by and through its attorney, and Defendant Barrington Publishing, Inc. d/b/a JWC Media, by and through its attorney, and hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-captioned lawsuit be dismissed with prejudice and each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/Mark D. Roth | /s/Olivia T. Luk |
| Mark D. Roth | Olivia T. Luk |
| ORUM & ROTH, LLC | Christopher W. Niro |
| 53 W. Jackson Blvd., Suite 620 | Gina Kim |
| Chicago, IL 60604 | NIRO, HALLER & NIRO |
| Tel: (312) 922-6262 | 181 W. Madison St., Suite 4600 |
| Fax: (312) 236-3137 | Chicago, IL 60602 |
| markdroth@gmail.com | Tel: (312) 236-0733 |
| | Fax: (312) 236-3137 |
| ***Attorney for Quintessential Media Group*** | oluk@nshn.com; cniro@nshn.com; gkim@nshn.com |
| | ***Attorneys for Barrington Publishing, Inc. d/b/a JWC Media*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2015 the foregoing

## STIPULATION OF DISMISSAL

was filed under seal with the Clerk of Court pursuant the Court's CM/ECF procedures. The foregoing was also served upon the following counsel of record via electronic transmission.

>Mark D. Roth
>ORUM & ROTH, LLC
>53 W. Jackson Blvd.
>Suite 1315
>Chicago, IL 60604
>Tel:    (312) 922-6262
>markdroth@gmail.com
>
>***Attorneys for Quintessential Media Group, Inc.***

I certify that all parties in this case are represented by counsel who are CM/ECF participants.


      *Olivia T. Luk*
Attorney for Barrington Publishing, Inc.
d/b/a JWC Media
NIRO, HALLER & NIRO