## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Quintessential Media Group, Inc.

Plaintiff,

v.                                          Case No.: 1:14–cv–08251
                                            Honorable Mary M. Rowland

Barrington Publishing, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 17, 2015:

    MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' stipulation of dismissal [36] and Rule 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The hearing set for 4/30/2015 is stricken. Civil case terminated. Mailed notice(mb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.